1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| WILLIAM RUPERT AND CAROL SLATER, | ) ) ) | Case No.: C 10-00721 PVT |
| | ) ) | **ORDER TO SHOW CAUSE** |
| Plaintiffs, | ) ) | |
| v. | ) ) | **[Docket No. 1]** |
| | ) ) | |
| BARBARA J.R. JONES, ET AL., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

12

13

14

15

16

17

18

        Plaintiffs William Rupert and Carol Slater have filed an action related to the unlawful taking

19

of property located at 28651 S. Highway 1 in Point Arena, California.  (collectively "plaintiffs").

20

The property is located in Mendocino County.

21

        "A civil action arises in the county in which a substantial part of the events or omissions

22

which give rise to the claim occurred or in which a substantial part of the property that is the subject

23

of the action is situated."  Civ. L.R. 3-2(c).  All civil actions which arise in Mendocino County shall

24

be assigned to the Eureka Division.  Civ. L.R. 3-2(f).

25

        Here, the above-specified property that is the subject of the action is situated in Mendocino

26

County.  In sum, plaintiffs allege that they "seek individual justice and vindication for their

27

constitutionally protected real property rights."  Complaint at 8.  Additionally, some of the

28

defendants appear to be located in Mendocino County, including Richard J. Henderson (Mendocino

ORDER, *page 1*

1  County Superior Court Judge), County of Mendocino, Mendocino County Board of Supervisors,

2  Mendocino County Sheriff's Office, Anthony J. Craver, Jean Hutchins, and Maria Dunn (all

3  Mendocino County employees).  No part of the events or omissions which give rise to the alleged

4  claims appear to have occurred in the San Jose Division.  Only plaintiffs appear to reside in this

5  division.  Complaint at 2.

6       Based on the above, plaintiffs are ordered to show cause why the above-captioned action

7  should not be transferred to the Eureka Division no later than June 4, 2010.

8       IT IS SO ORDERED.

9  Dated:  May 20, 2010

10

11  PATRICIA V. TRUMBULL
    United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28