**E-FILED on** 7/13/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM RUPERT and CAROL SLATER,<br><br>Plaintiffs<br><br>v.<br><br>BARBARA J.R. JONES, et al.,<br><br>Defendants. | No. C-10-0721 RMW<br><br>ORDER DIRECTING CLERK TO TRANSFER ACTION TO SAN FRANCISCO OR OAKLAND DIVISION |

This action arises out of the alleged unlawful taking of real property located in Mendocino County and should be assigned to either the San Francisco or Oakland division pursuant to Civil Local Rule 3-2(d). A declination to proceed before a Magistrate Judge has been filed precluding assignment of the action to the full-time Magistrate Judge in the Eureka Division, which would otherwise have been appropriate pursuant to Civil Local Rule 3-2(f), so under Local Rule 3-2(d), the case should now be assigned to either the San Francisco Division or Oakland Division. The Clerk of the Court is hereby directed to reassign the case pursuant to the Civil Local Rules and the Court's Assignment Plan and to implement the transfer upon reassignment.

DATED:     7/13/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge