1  JEANINE B. NADEL, County Counsel  SBN 106996
2  DOUGLAS L. LOSAK, Chief Deputy SBN 220443
   County of Mendocino- Administration Center
3  501 Low Gap Road, Room 1030
   Ukiah, CA  95482
4
   Telephone:  (707) 463-4446
5  Facsimile:    (707) 463-4592
   losakd@co.mendocino.ca.us
6
7  Attorneys for Defendants
       County of Mendocino, Jean Hutchins,
8      Mendocino County Board of Supervisors,
       Mendocino County Sheriff's Office
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RUPERT and CAROL SLATER, as Individuals, and as the Successors in Interest to Ronald E. Bushnell, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>BARBARA J.R. JONES and RONALD M. GEORGE, Individually, and/or in their Official Judicial and/or Administrative Capacities; YVONNE BUSCH; and RICK WARD, Individually and/or in their Official Administrative Capacities as Employees Or Agents of the State of California, Franchise Tax Board; ANTHONY J. CRAVER; JEAN HUTCHINS AND MARIA DUNN, all Individually, and/or in their Official Capacities as Employees or Agents of the County of Mendocino, COUNTY OF MENDOCINO; MENDOCINO COUNTY BOARD OF SUPERVISORS, MENDOCINO COUNTY SHERIFF'S OFFICE, Public Entities, and DOES 2 to 40, Inclusive,<br><br>Defendants. | No. 3:10-cv-00721-SI<br><br>**STIPULATION TO CONTINUE SUMMARY JUDGMENT MOTION HEARING AND CASE MANAGEMENT CONFERENCE; {PROPOSED} ORDER**<br><br>Honorable Susan Illston<br>U.S. District Court Judge<br><br>Jury Trial Demanded<br><br>DATE: January 14, 2011<br>TIME:  9:00 a.m.; 1:30 P.M.<br>DEPT.: Court  Room #10 |

-1-

**STIPULATION TO CONTINUE SUMMARY JUDGMENT MOTION HEARING AND CASE MANAGEMENT CONFERENCE; {PROPOSED} ORDER**

1  The parties hereby agree to continue the ~~trial~~ summary judgmnet date currently scheduled for
2  January 14, 2011, and set it for February 11, 2011. The reason for stipulated
3  continuance is due to the fact that Defendants' attorney will be at his father-in-law's
4  funeral.

6  DATED: January 5, 2011    By: *William Rupert*
7                                 William Rupert, Plaintiff

8  DATED: January 5, 2011    By: *Carol Slater*
9                                 Carol Slater, Plaintiff

11 DATED: January 5, 2011    JEANINE B. NADEL, County Counsel

13                             By: *Douglas L. Losak*
                                DOUGLAS L. LOSAK, Chief Deputy
14                              Attorneys for Defendants
15 PURSUANT TO STIPULATION    Mendocino County Sheriff's Office
   IT IS SO ORDERED.
16
17 DATED: _____           *Susan Illston*
18                             Judge of the United States District Court

20  The motion for summary judgment is continued.

-2-

**STIPULATION TO CONTINUE SUMMARY JUDGMENT MOTION HEARING AND CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER**