IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RUPERT, ET AL., | No. C 10-00721 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| BARBARA J.R. JONES, ET AL., | |
| Defendants. | |

Defendants' motions to dismiss and for summary judgment having been granted, judgment is entered in favor of defendants and against plaintiffs.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 10, 2011

SUSAN ILLSTON
United States District Judge